

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:    01-18-00612-CR

Style:    Lester Jack Bowen v. The State of Texas

Date motion filed[*]:    August 16, 2018

Type of motion:    Motion to Substitute Counsel

Party filing motion:    Appellant's Retained Counsel Nick G. Davis

Document to be filed:    N/A

Is appeal accelerated?    No.

Ordered that motion is:

    ☑ Granted

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Appellant's retained counsel's motion to substitute counsel is **granted** because it was signed by both new and withdrawing counsel and appellant and complies with Rule 6.5(d). *See* TEX. R. APP. P. 6.3(c), 6.5(b), (d). Accordingly, the Clerk of this Court is **directed** to remove Dustin Nimz as attorney for appellant and to add Nick G. Davis as lead counsel for appellant.

Judge's signature: /s/ Evelyn V. Keyes

        ☑ Acting individually     ☐ Acting for the Court

Date: August 21, 2018